UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MICHAEL ANTHONY GRANADO,
   a/k/a "SDB Mike,"

      Defendant.
_____/    **<u>INDICTMENT</u>**

The Grand Jury charges:

(Felon in Possession of a Firearm)

On or about September 9, 2022, in Ingham County, in the Southern Division of the Western District of Michigan,

**MICHAEL ANTHONY GRANADO,
a/k/a "SDB Mike,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock Model 21, .45 caliber pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

                              A TRUE BILL

                              *[signature]*

                              GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

*[signature]*

LAUREN F. BIKSACKY
Assistant United States Attorney